| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard A. DeFeo<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1228<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19–26477–JNP | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard A. DeFeo

<u>3/6/25</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Richard A. DeFeo  
    Debtor

Case No. 19-26477-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Mar 06, 2025     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard A. DeFeo, 1140 Old Lake Road, Newfield, NJ 08344-9129 |
| aty | + | Bruce H. Zamost, Helmer, Conley & Kasselman PA, 600 Beverly-Rancocas Road, Willingboro, NJ 08046-3736 |
| 518429735 | +++ | Citi Cards, Sherman Originator III LLC, c/o Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 518429738 | + | Gateway Mortgage Group, LLC, Atten: KML Law Group, LLC, 216 Haddon Ave., Ste 406, Westmont, NJ 08108-2812 |
| 518429740 | | Krystal DeFeo, 771 S Shiloh Avenue, Rosenhayn, NJ 08352 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | U.S. Bank National Association, not in its individ, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | U.S. Bank National Association, not in its individ, PO Box 619096, Dallas, TX 75261-9096 |
| 518429734 | + | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:48:22 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518495158 | | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:12:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518429736 | | EDI: DISCOVER | Mar 07 2025 01:40:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 518447613 | | EDI: DISCOVER | Mar 07 2025 01:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518429737 | + | EDI: DISCOVER | Mar 07 2025 01:40:00 | Discover PL, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518446759 | + | EDI: DISCOVERPL | Mar 07 2025 01:40:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518429739 | + | EDI: JPMORGANCHASE | Mar 07 2025 01:40:00 | JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 518429739 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:11:17 | JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 518478667 | + | Email/Text: RASEBN@raslg.com | Mar 06 2025 20:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 518541150 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:28:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 | |
| 518429741 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2025 20:55:00 | PNC, PO Box 747032, Pittsburgh, PA 15274-7032 | |
| 518522451 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2025 20:55:00 | PNC BANK NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 | |
| 518554973 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | U.S. Bank National Association, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 | |
| 520094947 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | U.S. Bank National Association, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 | |
| 520094948 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | U.S. Bank National Association, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9741, U.S. Bank National Association, c/o Rushmore Servicing 75261-9094 | |
| 518553549 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | U.S. Bank National Association, not in its indivi, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 | |
| 518465185 | EDI: USBANKARS.COM | Mar 07 2025 01:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 | |
| 518429742 | EDI: USBANKARS.COM | Mar 07 2025 01:40:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 | |
| 518429743 | + EDI: CCS.COM | Mar 07 2025 01:40:00 | Wells Fargo, CCS Payment Process Center, PO Box 55126, Boston, MA 02205-5126 | |
| 518518759 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 07 2025 02:47:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025                     Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

**Name**                             **Email Address**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 28 |

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Anthony Landolfi
    on behalf of Debtor Richard A. DeFeo anthony@landolfilaw.com kathy@landolfilaw.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Robert P. Saltzman
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT c/o Rushmore Servicing dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7